IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL MEYERS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BHI ENERGY SERVICES, LLC, *et al.*, <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) Lead Case No. 1:23-cv-12513-LTS <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION TO STRIKE CLASS ALLEGATIONS
FROM PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**

Defendants BHI Energy Services, LLC and BHI Energy I Specialty Services LLC (collectively, "Defendants") hereby move, pursuant to Rule 12(f)(2) of the Federal Rules of Civil Procedure, to strike the class allegations set forth in the Consolidated Class Action Complaint filed by Plaintiffs Michael Meyers, Daniel Muske, Gary Kaplan, Kim Wever, Joshua Pyfrom, Richard Deschamps, Lashawntae Washington, and Ted Melton (collectively, "Plaintiffs"). In support of this Motion, Defendants rely upon the contemporaneously filed Memorandum in Support.

**WHEREFORE**, Defendants respectfully request that the Court: (1) grant this Motion to Strike Class Allegations; (2) strike all class allegations, proposed class definitions, and putative class claims from Plaintiffs' Consolidated Class Action Complaint in their entirety with prejudice; and (3) provide any such further relief as the Court deems just and proper.

**REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request a hearing on their Motion to Strike Class Allegation

Dated: January 29, 2024                    Respectfully submitted,

DEFENDANTS BHI ENERGY SERVICES, LLC AND BHI ENERGY I SPECIALTY SERVICES LLC,

By their Attorneys,

*/s/ Robert W. Sparkes, III*
Robert W. Sparkes, III, (BBO # 663626)
robert.sparkes@klgates.com
K&L GATES LLP
1 Congress Street, Suite 2900
Boston, MA 02114-2023
Tel: (617) 261-3100
Fax: (617) 261-3175

Michael J. Stortz (admitted *pro hac vice*)
michael.stortz@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Wesley A. Prichard (admitted *pro hac vice*)
wesley.prichard@klgates.com
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Tel: (412) 355-8969
Fax: (412) 355-6501

## LOCAL RULE 7.1(a)(2) CERTIFICATION

       I, Robert W. Sparkes, III, hereby certify that counsel for Defendants BHI Energy Services, LLC and BHI Energy I Specialty Services LLC conferred with counsel for Plaintiffs and attempted in good faith to resolve or narrow the issues presented by this Motion. The parties were unable to resolve or narrow the issues presented by this Motion.

                                                */s/ Robert W. Sparkes, III*
                                                Robert W. Sparkes, III

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on January 29, 2024.

                                                    */s/ Robert W. Sparkes, III*
                                                    Robert W. Sparkes, III