**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MICHAEL MEYERS, *et al.*,

Plaintiffs,

v.

BHI ENERGY SERVICES, LLC, *et al.*,

Defendants.

Lead Case No. 1:23-cv-12513-LTS

**JOINT STATUS REPORT, NOTICE OF SETTLEMENT IN PRINCIPLE, AND STIPULATION FOR ENTRY OF STAY OF DEADLINES**

Plaintiffs Michael Meyers, Daniel Muske, Gary Kaplan, Kim Wever, Joshua Pyfrom, Richard Deschamps, Lashawntae Washington, and Ted Melton (collectively, "Plaintiffs") and Defendants BHI Energy Services, LLC, and BHI Energy I Specialty Services, LLC (collectively, "BHI") hereby give notice that they have agreed, in principle, to a class settlement, subject to the parties entering into a comprehensive settlement agreement and approval of the Court.

The parties anticipate filing a settlement agreement and motion for preliminary approval of the class settlement by August 30, 2024. The parties, therefore, agree and stipulate that the Court should stay all litigation deadlines, pending completion of the class action settlement process pursuant to Rule 23 of the Federal Rules of Civil Procedure.

**WHEREFORE**, the parties respectfully request that the Court endorse and approve this Joint Stipulation by staying all litigation deadlines pending completion of the class action settlement process pursuant to Rule 23 of the Federal Rules of Civil Procedure.

**SO ORDERED:**

Dated: ________________

______________________________
Hon. Leo T. Sorokin
United States District Judge

Respectfully submitted,

PLAINTIFFS,

By their attorneys,

*/s/ A. Brooke Murphy* (w/permission)

A. Brooke Murphy (admitted *pro hac vice*)
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

**FEDERMAN & SHERWOOD**
William B. Federman (admitted *pro hac vice*)
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

***Interim Class Counsel***

Robert E. Mazow
BBO# 567507
**MAZOW | MCCULLOUGH, PC**
10 Derby Square, 4th Fl.
Salem, MA 01970
rem@helpinginjured.com
T: (978) 744-8000

***Interim Liaison Class Counsel***

Kevin Laukaitis (admitted *pro hac vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com
***Attorney for Plaintiff Rose***

Respectfully submitted,

BHI ENERGY SERVICES, LLC and
BHI ENERGY I SPECIALTY SERVICES, LLC,

By their attorneys,

*/s/ Robert W. Sparkes, III*

Robert W. Sparkes, III (BBO# 663626)
K&L GATES LLP
1 Congress Street, Suite 2900
Boston, MA 02114-2023
Tel: (617) 261-3100
Fax: (617) 261-3175
Email: robert.sparkes@klgates.com

Michael J. Stortz (admitted *pro hac vice*)
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220
Email: michael.stortz@klgates.com

Wesley A. Prichard (admitted *pro hac vice*)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Tel: (412) 355-8969
Fax: (412) 355-6501
Email: wesley.prichard@klgates.com

Terence R. Coates*
Justin C. Walker*
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Phone: (513) 651-3700
Fax: (513) 665-0219
tcoates@msdlegal.com
jwalker@msdlegal.com
***Attorneys for Plaintiff Deschamps***

Daniel Srourian, Esq.*
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com
***Attorney for Plaintiff Washington***

Mason A. Barney*
Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com
E: tbean@sirillp.com
***Attorneys for Plaintiffs Kaplan and Johns***

David K. Lietz*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com
***Attorney for Plaintiffs Wever and Melton***

** pro hac vice application forthcoming*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 12, 2024.

*/s/ Robert W. Sparkes, III*
Robert W. Sparkes, III