UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL MEYERS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BHI ENERGY SERVICES, LLC, *et al.*,<br><br>    Defendants. | Lead Case No. 1:23-cv-12513-LTS |

**JOINT STATUS REPORT, NOTICE OF SETTLEMENT IN PRINCIPLE, AND STIPULATION FOR ENTRY OF STAY OF DEADLINES**

Plaintiffs Michael Meyers, Daniel Muske, Gary Kaplan, Kim Wever, Joshua Pyfrom, Richard Deschamps, Lashawntae Washington, and Ted Melton (collectively, "Plaintiffs") and Defendants BHI Energy Services, LLC, and BHI Energy I Specialty Services, LLC (collectively, "BHI") hereby give notice that they have agreed, in principle, to a class settlement, subject to the parties entering into a comprehensive settlement agreement and approval of the Court.

The parties anticipate filing a settlement agreement and motion for preliminary approval of the class settlement by August 30, 2024. The parties, therefore, agree and stipulate that the Court should stay all litigation deadlines, pending completion of the class action settlement process pursuant to Rule 23 of the Federal Rules of Civil Procedure.

**WHEREFORE**, the parties respectfully request that the Court endorse and approve this Joint Stipulation by staying all litigation deadlines pending completion of the class action settlement process pursuant to Rule 23 of the Federal Rules of Civil Procedure.

**SO ORDERED:**

Dated: July 12, 2024

/s/ Leo T. Sorokin
Hon. Leo T. Sorokin
United States District Judge